# MIAMI-DADE CORRECTIONS AND REHABILIATION DEPARTMENT
## Inmate Grievance

**MIAMI-DADE COUNTY**

Exhibit "I"

| INMATE NAME: Mh E Neal | CONTROL NUMBER: |
| JAIL NUMBER: 150-133-695 | UNIT/CELL NUMBER: 148 | DATE: 4-12-2019 |

The inmate must complete and submit this form to a staff member within 10 workdays of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

**If a specific staff member is the subject of your grievance, ensure to submit this form to a different staff member WHO IS NOT the subject of your grievance.**

### PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:

ATT: Daniel Junior this is a Grievance against sergeant T. Hamilton for failure to forward his report of excessive use of force to SIAB as the DSOP policy ordered to do so, sergeant T. Hamilton reviewed the physical assault by

### PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?

D. Lumpskins on the unit video cameras. T. Hamilton failed to come and ask question of the assault maliciously I was denied the opportunity to speak with SIAB or Miami-Dade metro police officer to press charges.

### PART III - WHAT REMEDY/ACTION(S) ARE YOU REQUESTING?

I'm requesting to press criminal charges against officer D. Lumpskins without delay with metro Dade police department.

*I affirm that all statements I have made are true and correct.*

Inmate Signature: Mh E Neal        Date: 4-12-2019

### PART IV - GRIEVANCE RECEIVED BY:

Staff Member Name (Print): Guerra CM        Signature: [signed]        Date: 4-15-19

### PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:

☐ INCOMPLETE    ☐ ONLY 1 COMPLAINT/1 NAME PER FORM    ☐ REJECTED (OFFENSIVE OR FRIVOLOUS)

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 workdays.

*My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason(s) indicated above.*

Inmate Signature        Date

Distribution:    White Copy - RPSB File    Pink Copy - Inmate

39.82.PPB.146B
134_01-53  1/17

Page 1 of 2

R03-20-17

# MIAMI-DADE CORRECTIONS AND REHABILIATION DEPARTMENT

## Inmate Grievance

Exhibit "C"

4 of 4

| INMATE NAME: Mike E Neal | CONTROL NUMBER: |
| --- | --- |
| JAIL NUMBER: 150-133-695  UNIT/CELL NUMBER: 148 | DATE: 4-12-2019 |

The inmate must complete and submit this form to a staff member within 10 workdays of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

**If a specific staff member is the subject of your grievance, ensure to submit this form to a different staff member WHO IS NOT the subject of your grievance.**

### PART I – PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:

ATT: Daniel Junior this is a Grievance against officer D. Lumpskins who maliciously retaliated against me because I been filing Grievance complaint against him threatening to cause physical bodily harm and for maliciously

### PART II – WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?

Excessive shaking down my cell leaving it in a disarray. Officer D. Lumpskins is in violation of D.S.O.P policy 6-029 retaliation.

### PART III – WHAT REMEDY/ACTION(S) ARE YOU REQUESTING?

I want a investigation by metro Dade police Department with out Delay

I affirm that all statements I have made are true and correct.

Inmate Signature: Mike E Neal     Date: 4-12-2019

### PART IV – GRIEVANCE RECEIVED BY:

Staff Member Name (Print): Vierro CM     Signature: [signature]     Date: 4-15-19

### PART V – GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:

☐ INCOMPLETE   ☐ ONLY 1 COMPLAINT/1 NAME PER FORM   ☐ REJECTED (OFFENSIVE OR FRIVOLOUS)

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 workdays.

My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason(s) indicated above.

Inmate Signature: _____   Date: _____

Distribution:  White Copy - RPSB File     Pink Copy - Inmate

# MIAMI-DADE CORRECTIONS AND REHABILIATION DEPARTMENT

## Inmate Grievance

**MIAMI-DADE COUNTY**

1 of 5

Exhibit "H"

| INMATE NAME: Mark E. Real | CONTROL NUMBER: |
|---|---|
| JAIL NUMBER: 150-133-695  UNIT/CELL NUMBER: 1N8 | DATE: 4-12-2019 |

The inmate must complete and submit this form to a staff member within 10 workdays of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

If a specific staff member is the subject of your grievance, ensure to submit this form to a different staff member WHO IS NOT the subject of your grievance.

### PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:

ATT: Daniel Junior this is a Grievance complaint against sergeant T. Hamilton for maliciously depriving me the right to file my Grievance. On 4-9-2019 captain Lawrence and Sgt T. Hamilton came to SMU South. I gave captain Lawrence 7 Grievance complaints to be processed. She gave them to Sgt T. Hamilton

### PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?

and ordered him to give those grievances to the correctional counsellor for processing. I requested Sgt Hamilton to sign and date those grievances so I can have my carbon copy receipt. He ask why I stated because it's two emergency complaint against officer D. Lumpkins for threats and

### PART III - WHAT REMEDY/ACTION(S) ARE YOU REQUESTING?

constantly leaving my cell in disarray. Sgt T. Hamilton walked away and refuse to sign and date those grievances. Then on 4-11-2019 officer Lumpkins retaliated against me with physical bodily harm stating I'm a snitch. Sgt Hamilton maliciously failed to intervene and prevent physical abuse by D. Lumpkins that were known to him

I affirm that all statements I have made are true and correct.

Inmate Signature: Mark E. Real    Date: 4-12-2019

### PART IV - GRIEVANCE RECEIVED BY:

Staff Member Name (Print): [illegible]    Signature: [illegible]    Date: 4-15-19

### PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:

☐ INCOMPLETE    ☐ ONLY 1 COMPLAINT/1 NAME PER FORM    ☐ REJECTED (OFFENSIVE OR FRIVOLOUS)

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 workdays.

*My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason(s) indicated above.*

Inmate Signature: _____    Date: _____

Distribution:    White Copy - RPSB File    Pink Copy - Inmate

39.82.PPB.146B    Page 1 of 2    R03-20-17
134_01-53 1/17



# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

## Inmate Grievance

Exhibit "L"

**INMATE NAME:** Mike E. Neal
**JAIL NUMBER:** 150-133-695
**UNIT/CELL NUMBER:** 148
**CONTROL NUMBER:**

The inmate must complete and place this form into an inmate request drop box within 10 calendar days of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

If a specific staff member is the subject of your grievance, submit this form to a different staff member WHO IS NOT the subject of your grievance.
☑ Check if a staff member is subject of your grievance   Name of the staff member __Officer lumpskins__

**PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:**
ATT: Daniel Junior this is a complaint against officer lumpskins who utilize excessive use of force with out any reason other then maliciously to cause pain suffering physical injuries and emotional distress on 4-12-2019 I was being escorted from the shower when officers P. Frade

**PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?**
and amerose allowed me to get a bag of chips, soup and some coffee from off the cell flap of inmate Julio ravel, when suddenly officer lumpskin who was video taping me with a tablet started pushing me up against the wall then without any reason he started punching me in the face and head

**PART III - WHAT REMEDY/ACTIONS ARE YOU REQUESTING?**
Repeatedly more then 6 times causing pain suffering physical injuries and emotional distress. I was in hand cuffs and was not fighting back as I could not protect my self from officers lumpskins malicious physical attacks. This shall be forward immediately to SIAB.

I affirm that all statements I have made are true and correct.

**Inmate Signature:** Mike E Neal
**Date:** 4-12-2019

**PART IV - GRIEVANCE RECEIVED BY MDCR:**

Staff Name (Print) _____ Signature _____ Date _____

**GRIEVANCE RECEIVED BY IMP:**

| GRIEVANCE CATEGORY | EMERGENT / NON-EMERGENT | TIME / DATE |
|---|---|---|
| | | |

Staff Name (Print) _____ Signature _____

**PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:**
☐ INCOMPLETE   ☐ MORE THAN 1 COMPLAINT AND 1 NAME ON FORM   ☐ OFFENSIVE OR FRIVOLOUS

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 calendar days.
My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason indicated above.

Inmate Signature _____ Date _____

Distribution:   White Copy - RPSB File   Pink Copy - Inmate

39.82.PPB.146C
134_01-53 1/19

I gave this grievance to corporal Kettles 4-12-2019 to process with the inmate witness statement

R01-31-19



# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Inmate Grievance

Exhibit "E"

| | | |
|---|---|---|
| INMATE NAME: Mike E Neal | | CONTROL NUMBER: |
| JAIL NUMBER: 150-123-695 | UNIT/CELL NUMBER: 148 | DATE: 4-12-2019 |

The inmate must complete and submit this form to a staff member within 10 workdays of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

If a specific staff member is the subject of your grievance, ensure to submit this form to a different staff member WHO IS NOT the subject of your grievance.

**PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:**

ATT: Daniel Junior this is a complaint against officers P. Frade and G. Ambrose failed to protect me from officer D. Lumpkins attack knowing that there was a substantial risk I would be seriously hurt, and failed to respond reasonably maliciously as they stood there as I was being assaulted. They

**PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?**

Know officer D. Lumpkins had utilized excessive use of force before m back in October 2018 and another inmate on 1-17-2019 in cell 151 who name was Gomez. They know about D. Lumpkins know pattern of physical abuse upon inmates, and show deliberat indiffence

**PART III - WHAT REMEDY/ACTION(S) ARE YOU REQUESTING?**

to my safety and health by not intervening and prevent physical bodily harm that was done unnecessary and wanton infliction of pain. The SMU South video show them standing there while I was being physically assaulted by D. Lumpkins

I affirm that all statements I have made are true and correct.

Mike Neal — Inmate Signature     4-12-2019

**PART IV - GRIEVANCE RECEIVED BY:**

Bverra CRI — Staff Member Name (Print)     Signature     4-25-19

**PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:**

☐ INCOMPLETE     ☐ ONLY 1 COMPLAINT/1 NAME PER FORM     ☐ REJECTED (OFFENSIVE OR FRIVOLOUS)

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 workdays.

*My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason(s) indicated above.*

Inmate Signature     Date

Distribution: White Copy - RPSB File     Pink Copy - Inmate

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Inmate Grievance — Exhibit "C"

| INMATE NAME: Mih. E. Neal | CONTROL NUMBER: |
| JAIL NUMBER: 150733-695 | UNIT/CELL NUMBER: 14B | DATE: 4-12-2019 |

The inmate must complete and submit this form to a staff member within 10 workdays of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

If a specific staff member is the subject of your grievance, ensure to submit this form to a different staff member WHO IS NOT the subject of your grievance.

**PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:**

ATT: Daniel Junior this is a complaint against officer lumpskins who utilize EXCESSIVE USE of force with out any reason other then to maliciously cause pain suffering physical injuries and emotional distress on 4-12-2019 I was being Escorted from the shower when officers P. Frade and ambrose allowed me to

**PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?**

Get a bag of chips, soup and coffee from off the cell flap of inmate Julio ravel. when suddenly officer lumpskin who was video recording me with a tablet started pushing me up against the wall then without any warning or reason P. Lumpskins started punching me in the face

**PART III - WHAT REMEDY/ACTION(S) ARE YOU REQUESTING?**

and head repeatedly more then 6 times causing pain suffering physical injuries and emotional distress. I was in hand cuffs and was not fighting back as I couldn't protect my self from officer lumpskins malicious physical attacks. This shall be Forward immediately to SIAB.

I affirm that all statements I have made are true and correct.

Inmate Signature: Mih E Neal    Date: 4-12-2019

**PART IV - GRIEVANCE RECEIVED BY:**

Staff Member Name (Print): [illegible]    Signature: [illegible]    Date: 4-15-19

**PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:**

☐ INCOMPLETE  ☐ ONLY 1 COMPLAINT/1 NAME PER FORM  ☐ REJECTED (OFFENSIVE OR FRIVOLOUS)

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 workdays.

*My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason(s) indicated above.*

Inmate Signature: _____    Date: _____

Distribution: White Copy - RPSB File    Pink Copy - Inmate

NEAL , MIKE ELBERT  1539234
Sex:M Age: 44Y
PLN: D07-
DOB: 02/18/1975
PHY: Dauphin Jean Raymond
ADM: 04/17/2019
Fin: 40016304791

Exhibit "K" 1 of 2

# COMPLAINT/ARREST AFFIDAVIT

| Field | Value |
|---|---|
| OBTS NUMBER | 1307291655 |
| ARMED FORCES | UNK |
| BWC | YES |
| POLICE CASE NO. | PD190419139613 |
| SPECIAL OPERATION: | [X] FELONY [ ] MISD [ ] TRAFFIC [ ] WARRANT |
| FUGITIVE WARRANT: | [ ] JUV [ ] DV [ ] MOVES In State [ ] CIV INF Out State |
| JAIL NO. | 150133695 |
| PMHD | NO |
| COURT CASE NO. | F19007676 |
| IDS NO. | 0931836 |
| AGENCY CODE | 030 |
| MUNICIPAL P.D. DEF. ID NO. | |
| MDPD RECORDS AND ID NO. | 0727383 |
| STUDENT ID NO. | |
| GANG RELATED | NO |
| FRAUD RELATED | NO |
| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | NEAL, MIKE ELBERT |
| ALIAS and / or STREET NAME | |
| SIGNAL | 200 |
| DOB | 02/17/1975 |
| AGE | 44 |
| RACE | B |
| SEX | M |
| HISPANIC: | NO |
| ETHNICITY: | AFR |
| HEIGHT | 6'03 |
| WEIGHT | 250 |
| HAIR COLOR | BLD |
| HAIR LENGTH | BLD |
| HAIR STYLE | BLD |
| EYES | BRO |
| GLASSES | NO |
| FACIAL HAIR | PBD |
| TEETH | NOR |
| PLACE OF BIRTH | FL US |
| PERMANENT ADDRESS | 13850 NW 41ST ST, MIAMI, FL, US, 33178 |
| OCCUPATION | UNEMPLOYED |
| ADDRESS SOURCE | VERBAL |
| SOCIAL SECURITY NO. | 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 |
| WEAPON SEIZED | NO |
| Defendant/CONCEALED WEAPON PERMIT | NONE |
| Alcohol Infuence: | N |
| Drug Infuence: | N |
| CITIZENSHIP | US |
| ARREST DATE | 04/19/2019 |
| ARREST TIME | 11:11 |
| ARREST LOCATION | 13850 NW 41ST ST MIAMI, FL 33178 |
| GRID | 1055 |

## CHARGES

| # | CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F/2-ASSAULT/AGGRAVATED BY DETAINEE/VISITOR/DETAINEE | F.S. | 1 | 784.082(2) | | | 0004130A | N | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 12 day of APRIL, 2019, at 12:35 at 13850 NW 41ST ST, MIAMI, FL, 33178

THIS UNIT WAS DISPATCHED TO THE INCIDENT LOCATION (WEST DADE DETENTION 13850 NW 41ST ST) REFERENCE A BATTERY ON A CORRECTIONS OFFICER.

UPON ARRIVAL, I MADE CONTACT WITH VICTIM CORRECTION OFC. D. LUMPKIN, ID. 7190, WHO STATED THAT ON FRIDAY 04/12/2019 AT APPROXIMATELY 1235HOURS, HE WAS ESCORTING THE DEFENDANT INMATE (NEAL, MIKE, E JAIL ID 150133695) THAT IS CURRENTLY INCARCERATED AT THE FACILITY, FROM THE SHOWER BACK TO HIS CELL. OFC. LUMPKIN STATED THAT ON HIS WAY TO THE DEFENDANT'S CELL, HE GAVE THE DEFENDANT NUMEROUS VERBAL COMMANDS TO GO DIRECTLY TO... [Continued on Next Page]

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

MARTINEZ, K: Court ID: 030-05117 07033

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 19 DAY OF APRIL, 2019

ALFARO III, R: Court ID: 030-05854 07033

20191788223 — Report Generated at 04/21/2019 07:10:48 by SYM — Page 1 of 2

Exhibit K pg 4 of 2

| OBTS NUMBER<br>1307291655 | COMPLAINT/ARREST AFFIDAVIT<br>CONTINUATION | | POLICE CASE NO.<br>PD190419139613 | |
|---|---|---|---|---|
| JAIL NO.<br>150133695 | | COURT CASE NO.<br>F19007676 | | |
| SPECIAL OPERATION: | [X] FELONY [ ] MISD [ ] TRAFFIC [ ] WARRANT | [ ] JUV [ ] DV<br>FUGITIVE WARRANT: [ ] MOVES In State [ ] CIV INF Out State | JAIL NO.<br>150133695 | PMHD<br>NO | COURT CASE NO.<br>F19007676 |
| DEFENDANT'S NAME (LAST, FIRST, MIDDLE)<br>NEAL, MIKE ELBERT | | | DOB (MM/DD/YYYY)<br>02/17/1975 | |
| CO-DEFENDANT NAME | | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE MISDEMEANOR |
| CO-DEFENDANT NAME | | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE MISDEMEANOR |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

HIS CELL. THE DEFENDANT DID NOT COMPLY WHEN HE WENT TO ANOTHER INMATES CELL'S FLAP TO GET COMMISSARY FROM THERE. THE DEFENDANT THEN BEGAN TO VERBALLY THREATEN OFC LUMPKIN. THE DEFENDANT GRABBED SOME ITEMS FROM THE FLAP AFTER BEING INSTRUCTED NOT TO DO SO SEVERAL TIMES. HE STATED THAT HE TOLD THE DEFENDANT TO PUT THE ITEMS BACK AND THE DEFENDANT STATED, "MOVE THE FUCK OUT OF MY WAY OR I AM GOING TO KNOCK YOUR FUCK ASS OUT." AND THEN LUNGED AT OFC LUMPKIN WITH HIS CANE IN HAND ATTEMPTING TO STRIKE HIM. OFC LUMPKIN STATED THAT HE STRUCK THE DEFENDANT IN ORDER TO DEFEND HIMSELF AND GAIN CONTROL OF THE DEFENDANT.

AFTER READING THE MIRANDA RIGHTS PER CARD, THE DEFENDANT MR. NEAL STATED HE GRABBED THE COMMISSARY FROM THE FLAP BECAUSE HE GOT PERMISSION FROM ANOTHER OFC. AT WHICH TIME OFC LUMPKIN STRUCK HIM NUMEROUS TIMES WITHOUT ANY REASON. MR. NEAL WAS TRANSPORT TO THE MEDICAL UNIT INSIDE THE FACILITY REFERENCE BACK PAIN.

SURVEILLANCE VIDEO OF THE INCIDENT IS AVAILABLE.

OFC. LUMPKIN ADVISED THAT HE RESPONDED TO BAPTIST MEDICAL PLAZA REFERENCE A BRUISE AND SWELLING ON HIS RIGHT HAND.

INCIDENT WITNESSES ARE CORRECTION OFC. G. AMBROSE ID. 7151 AND OFC. P. FRADE ID. 5415.

STATE ATTORNEY BRANDON WAS NOTIFIED AT 1450HOURS AND ADVISED THAT THEY WILL SEND THE PRE-FILE NOTIFICATION AFTER THEY REVIEW THE CASE.

CASE CARD ISSUED.

BWC.

OFFICERS USING BODY-WORN CAMERA:
MESA, Y: Court ID: 030-04298
MARTINEZ, K: Court ID: 030-05117

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.<br><br>MARTINEZ, K: Court ID: 030-05117 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 19 DAY OF APRIL, 2019<br><br>ALFARO III, R: Court ID: 030-05854 | [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof. |