United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mike E. Neal, Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 19-21754-Civ-Scola |
| Deputy Director Daniel Junior and others, Defendants. | ) ) |

**Order Adopting Magistrate Judge's Report and Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On October 1, 2019, Judge Reid issued a report, recommending that, upon initial screening, in accordance with 28 U.S.C. §§ 1915 and 1915A, the Court dismiss a number of Plaintiff Mike E. Neal's claims but permit several of his claims to proceed. No objections have been filed and the time to do so has passed.

The Court has considered—de novo—Judge Reid's report, the record, and the relevant legal authorities. The Court agrees with Judge Reid's conclusion that the following claims set forth in Neal's amended complaint should be dismissed: his Eighth Amendment claims against Defendants A. Lawrence, T. Hamilton, and Daniel Junior for their alleged failures to prevent harm; his due process claims against Defendants Lawrence, Hamilton, John Guerra, Jr., and T. Mathews for their alleged failures to adhere to grievance procedures; and his claims against Defendants K. Martinez, and Y. Mesa for their alleged failures to accept Neal's grievances and failures to permit him to file criminal charges. Because Neal has already been afforded an opportunity to amend his complaint and has not filed any objections and because the Court finds the deficiencies of these claims could not be cured by amendment, they are dismissed without leave to amend.

On the other hand, the Court also agrees that a number of Neal's claims should proceed past screening: Neal's First Amendment claim against Defendant D. Lumpkins for retaliation; Neal's Eighth Amendment claims against Lumpkins for his alleged use of excessive force; Neal's Eighth Amendment claims against Defendants P. Frade and G. Ambrose for their alleged failures to intervene; and Neal's claims for punitive damages against Frade, Ambrose, and Lumpkins.

As such the Court **affirms and adopts** Judge Reid's recommendation (**ECF No. 12**) in full, as set forth above. Neal may proceed *in forma pauperis*

with the claims listed in the preceding paragraph. This matter remains referred to Judge Reid as set forth in Administrative Order 2019-2.

**Done and Ordered** in chambers, at Miami, Florida, on October 21, 2019.

*[signature]*
Robert N. Scola, Jr.
United States District Judge