United States District Court<br>for the<br>Southern District of Florida

| | |
|---|---|
| Mike E. Neal, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-21754-Civ-Scola |
| Deputy Director Daniel Junior and others, Defendants. | ) ) |

**Order of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 52.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on May 11, 2020.

_____
Robert N. Scola, Jr.
United States District Judge